**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BLAKE BAUER,<br><br>Plaintiff,<br><br>v.<br><br>EAGLE PHARMACEUTICALS, INC. and SCOTT TARRIFF,<br><br>Defendants. | Civil Action No.: 16-3091(JLL)<br><br>**ORDER** |

**LINARES**, District Judge.

This matter comes before the Court by way of a motion to dismiss an amended class action complaint, which motion was filed by Defendants Eagle Scott Pharmaceuticals, Inc. and Scott Tarriff, collectively ("Defendants"). (ECF No. 19). Lead Plaintiffs Blake Bauer, Brent Kawamura and Guarang Patel (collectively, "Plaintiffs") have opposed this motion (ECF No. 24), and Defendants have replied to same (ECF No. 29). The Court decides this matter without oral argument pursuant to Federal Rule of Civil Procedure 78. For the reasons stated in the Opinion accompanying this Order,

IT IS on this 19 day of May, 2017

**ORDERED** that Defendants' motion to dismiss (ECF No. 19) is hereby GRANTED; and it is further

**ORDERED** that this matter is hereby dismissed *without prejudice*.

IT IS SO ORDERED.

JOSE L. LINARES, U.S.D.J.