**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BLAKE BAUER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>EAGLE PHARMACEUTICALS, INC. and SCOTT TARRIFF,<br><br>Defendants. | Civil Action No.: 16-3091(JLL)<br><br>**ORDER** |

**LINARES**, Chief District Judge.

On May 19, 2017, this Court entered an order granting Defendants' motion to dismiss this matter and dismissing Plaintiffs' Complaint without prejudice. (ECF No. 21). On June 1, 2017, this Court entered a text order granting Plaintiffs thirty (30) days from June 1, 2017 to file an amended pleading. To date, Plaintiffs have failed to file an amended pleading. Accordingly,

IT IS on this 2Nd day of August, 2017

**ORDERED** that this matter is hereby dismissed WITH PREJUDICE; and it is further

**ORDERED** that the Clerk of the Court is hereby directed to CLOSE the above-captioned matter.

IT IS SO ORDERED.

JOSE L. LINARES
CHIEF JUDGE, U.S. DISTRICT COURT