# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 17-2924

Blake Bauer, et al v. Eagle Pharmaceuticals Inc, et al

(Originating Case No. 2-16-cv-03091)

## O R D E R

In accordance with the motion by the appellant in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated:  October 5, 2017
JK/cc:  Thomas W. Elrod, Esq.
        Koji F. Fukumura, Esq.

**A True Copy:**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.